No. 72–1114. HUTTER ET UX. *v.* KORZEN, 411 U. S. 912;

No. 72–1134. REIBERT ET AL. *v.* ATLANTIC RICHFIELD Co. ET AL., 411 U. S. 938;

No. 72–6040. FAYNE *v.* BERG, 410 U. S. 969;

No. 72–6052. LANDRY *v.* UNITED STATES, 411 U. S. 918; and

No. 72–6318. LANDES *v.* PAGEANT-POSEIDON, LTD., 411 U. S. 950. Petitions for rehearing denied.

No. 71–1270. McKEE *v.* UNITED STATES, 407 U. S. 910, 409 U. S. 899 and 1019. Motion for leave to dispense with printing petition granted. Motion for leave to file third petition for rehearing denied.

No. 72–5175. MEYER *v.* WEIL ET AL., 409 U. S. 1060. Motion for leave to file petition for rehearing denied.

MAY 29, 1973

No. 72–287. MILLER, COMMISSIONER OF MENTAL HYGIENE OF NEW YORK, ET AL. *v.* GOMEZ ET AL.; and

No. 72–5272. DeMUNDO ET AL. *v.* MILLER, COMMISSIONER OF MENTAL HYGIENE OF NEW YORK, ET AL. Appeals from D. C. S. D. N. Y. Motion of appellees for leave to proceed *in forma pauperis* in No. 72–287 granted. Judgment affirmed. Reported below: 341 F. Supp. 323.

No. 72–6344. BELL ET AL. *v.* HEIM, EXECUTIVE DIRECTOR, NEW MEXICO HEALTH AND SOCIAL SERVICES DEPARTMENT, ET AL. Affirmed on appeal from D. C. N. M.

No. 72–1302. EDELMAN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* TOWNSEND ET AL. Appeal from D. C. N. D. Ill. Motions of appellees Alexander